# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>JOSE CORNEJO-CORTEZ,<br><br>       Defendant. | Case No. 19cr1234-MMA<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW DEFENDANT'S GUILTY PLEA**<br><br>[Doc. No. 28] |

  Defendant Jose Cornejo-Cortez is charged in a single-count Information with importing methamphetamine, in violation of Title 21, United States Code, sections 952 and 960. *See* Doc. No. 12. On May 9, 2019, Defendant pleaded guilty to the charge via a written plea agreement. *See* Doc. No. 33. Defendant now moves to withdraw the plea of guilty pursuant to Federal Rule of Criminal Procedure 11. *See* Doc. No. 28. The government joins the motion.

  A district court may permit a defendant to withdraw an accepted guilty plea before sentencing if "the defendant can show a fair and just reason for requesting the withdrawal." Fed. R. Crim. P. 11(d)(2)(B). The defendant has the burden of demonstrating a fair and just reason for withdrawal of the plea, *see id.*; however, the standard is applied liberally. *See United States v. Nagra*, 147 F.3d 875, 880 (9th Cir. 1998); *see also United States v. Signori*, 844 F.2d 635, 637 (9th Cir.

1988) (stating that a motion to withdraw a plea pre-sentence should be "freely allowed"). "Fair and just reasons for withdrawal include inadequate Rule 11 plea colloquies, newly discovered evidence, intervening circumstances, or any other reason for withdrawing the plea that did not exist when the defendant entered his plea." *United States v. Ortega-Ascanio*, 376 F.3d 879, 883 (9th Cir. 2004).

Here, Defendant seeks to withdraw his previously entered plea of guilty based on post-plea developments, set forth in detail in the supporting declaration of defense counsel. The Court finds that these circumstances constitute a "fair and just reason" for withdrawal of Defendant's guilty plea. Accordingly, the Court **GRANTS** Defendant's motion.

**IT IS SO ORDERED**.

DATE: September 5, 2019

HON. MICHAEL M. ANELLO
United States District Judge

17cr3759